

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00844-CR

Mathew Ray **GOMEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. CCL-12-1963
Honorable Frank Follis, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the motion to withdraw is GRANTED and the trial court's judgment is AFFIRMED.

SIGNED January 28, 2015.

Marialyn Barnard, Justice